D+F

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ NOV 26 2003 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------x

ARISTA RECORDS, INC., a Delaware corporation; ATLANTIC RECORDING CORPORATION, a Delaware corporation; MAVERICK RECORDING COMPANY, a California joint venture; VIRGIN RECORDS AMERICA, INC., a California corporation; BMG MUSIC, a New York general partnership; UMG RECORDINGS, INC., a Delaware corporation; SONY MUSIC ENTERTAINMENT INC., a Delaware corporation,

ORDER OF DISMISSAL

Civil Action No.
CV-03-4452 (DGT)

                 Plaintiffs,

- against -

WILLIAM LEITH,

                 Defendants.
----------------------------------------

TRAGER, J.

    It having been reported to the Court by courtesy copy of a letter dated 11/5/03 from defendant's attorney to lead plaintiff's attorney Elena Segal, with an attached copy of a fully executed copy of a Settlement Agreement dated 10/17/03, that the above action has been settled, it is hereby

    ORDERED that this action is discontinued without prejudice to the right to reopen if settlement is not consummated. The Clerk of the Court is directed to close the case.

Dated: Brooklyn, New York
       November 26, 2003

                                                                     SO ORDERED:

                                                                     David G. Trager
                                                                     United States District Judge