D+F

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
ARISTA RECORDS, INC., et al.,

                Plaintiffs,

-against-

WILLIAM LEITH,

                Defendant.
--------------------------------------------------------------x

Civil Action No. 03 CV 4452 (DGT)

NOTICE OF DISMISSAL

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ DEC 0 5 2003 ★

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiffs hereby voluntarily dismiss this action with prejudice, with the parties to bear their own costs and attorneys fees, and without right of appeal.

Dated: New York, New York
November 24, 2003

By: _____
J. Christopher Jensen (JJ1864)
Jason D. Sanders (JS2219)
COWAN, LIEBOWITZ & LATMAN, P.C.
Attorneys for Plaintiffs
1133 Avenue of the Americas
New York, New York 10036-6799
(212) 790-9200

By: _____
Daniel G. Newman
Attorney for Defendant
1002 Quentin Road, Suite 3005
Brooklyn, NY 11223
(718) 336-8077

SO ORDERED:

_____ 12/4/03